IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-92-RAH-KFP ) |
| JACKSON HOSPITAL, | ) ) |
| Defendant. | ) |

## **ORDER**

On January 7, 2022, the Magistrate Judge filed a Recommendation (Doc. 8) to which no objections were filed. Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

DONE, on this the 1st day of March, 2022.

          /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE